CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 09 2017

JULIA C. DUDLEY, CLERK
BY: HMcDrneed
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **JAMAL DANIELS,**<br>Petitioner, | Civil Action No. 7:16-cv-00591 |
| v. | **ORDER** |
| **UNKNOWN,**<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** due to Petitioner's failure to comply with the conditional filing order; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 9th day of May, 2017.

_/s/ Jackson L. Kiser_
Senior United States District Judge